1
2
3        FILED
         CLERK, U.S.D.C. SOUTHERN DIVISION
4
         JUN 2 3 2010
5
6        CENTRAL DISTRICT OF CALIFORNIA
         BY                    DEPUTY
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11   UNITED STATES OF AMERICA,     )   Case No.: SACR07-250-CJC
12                     Plaintiff,  )   ORDER OF DETENTION AFTER
                                   )   HEARING
13             vs.                 )   [~~Fed. R. Crim. P. 32.1(a)(6);~~ 18 U.S.C.
                                   )   § 3143(a)]
14   LOUREY MCCOMBER               )
                                   )
15                     Defendant.  )
16

17          The defendant having been arrested ~~in this District~~ pursuant to a warrant issued
18   by the United States District Court for the ___CD Cal___
                                                              release pending sentencing
19   for alleged violation(s) of the terms and conditions of ~~his~~/her [~~probation~~] [~~supervised~~
20   ~~release~~]; ~~and~~

21          The Court having conducted a detention hearing pursuant to ~~Federal Rule of~~
22   ~~Criminal Procedure 32.1(a)(6) and~~ 18 U.S.C. § 3143(a),

23          The Court finds that:
24   A.     ☒ The defendant has not met ~~his~~/her burden of establishing by clear and
25          convincing evidence that ~~he~~/she is not likely to flee if released under 18 U.S.C. §
26          3142(b) or (c). ~~This finding is based on~~ _____
27   _____
28   _____

and/or

B.  ☒ The defendant has not met ~~his~~/her burden of establishing by clear and convincing evidence that ~~he~~/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _allegations of the violation petition_

IT THEREFORE IS ORDERED that the defendant be detained pending further ~~revocation~~ proceedings.

DATED: 6/23/10

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE